IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NUMBER 6:12-CR-00059-JDK |
| v. | § |
| | § |
| | § |
| DERRICK TAJUAN BAGLEY (8) | § |
| | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Derrick Tajuan Bagley be sentenced to five months imprisonment with no supervised release to follow. The Court recommends that the place of confinement be FMC Fort Worth, Texas.

So **ORDERED** and **SIGNED** this **9th** day of **January, 2023.**

                                                   JEREMY D. KERNODLE
                                                 UNITED STATES DISTRICT JUDGE